USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAIN HORSBURGH,

           Plaintiff,

-against-

WELLS FARGO BANK, N.A., et al.,

           Defendants.

21-CV-7945 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Plaintiff commenced this action on or about September 23, 2021. (ECF No. 1.) On March 30, 2022, certain of the Defendants were dismissed pursuant to a stipulation. (ECF No. 27.)

On March 27, 2023, this Court issued an Order & Opinion dismissing all of Plaintiff's claims. (ECF No. 24.) However, the Court dismissed six of Plaintiff's claims without prejudice and granted Plaintiff leave to file an amended complaint on or before April 26, 2023. (*Id*.) The Court warned that failure to file an amended complaint within the time allotted would result in those claims being deemed dismissed with prejudice. (*Id*.) As of this date, Plaintiff has not filed an amended complaint.

Accordingly, the Court DISMISSES with prejudice the above-captioned action for want of prosecution. The Clerk of the Court is directed to terminate this action.

Dated:  May 16, 2024
         White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE